AO 450 (Rev. 5/85) Judgment in a Civil Case ⊛

# United States District Court

EASTERN DISTRICT OF WISCONSIN

KENNETH W DEGOEY,
        Plaintiff,

    v.

MICHAEL J ASTRUE,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 11-C-832

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this case is REMANDED to the Commissioner for further proceedings pursuant to Fed.R.Civ.P. 42 U.S.C. § 405(g)(sentence four).

Approved:    s/ William C. Griesbach
                  WILLIAM C. GRIESBACH
                  United States District Judge

Dated: June 13, 2012.

JON W. SANFILIPPO
Clerk of Court

s/ A. Wachtendonck
(By) Deputy Clerk